**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:18-CV-375 |
| | § | |
| 801.077 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND CITY OF | § | |
| LAREDO, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

---

## COMPLAINT IN CONDEMNATION
---

     1.     This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

     2.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

     3.     The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

     4.     The public purpose for which said interest in property is taken is set forth in Schedule "B."

     5.     The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ MEGAN EYES*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78526
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

**JESSICA A. NATHAN**
Assistant United States Attorney
Southern District of Texas No. 3313572
Texas Bar No. 24090291
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78526
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Jessica.Nathan@usdoj.gov
Attorney for Plaintiff

And

**JOHN A. SMITH, III**
Assistant United States Attorney
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: jsmith112@usdoj.gov
Attorney for Plaintiff

# SCHEDULE A

## <u>SCHEDULE A</u>

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-9042
Owner: City of Laredo, et al.
Acres: 801.077

801.077 acres, more or less, located in Abstract 273, Porcion 96, as identified in the parent tract contained in General Warranty Deed, Document # 2016-328916, recorded on March 22, 2016 at Volume 1473, page 775 in the deed records of Starr County:

A tract of land consisting of 933.542 acres situated in the County of Starr, Texas, Consisting of: 10.344 acres out of La Chicharra Banco 94, 16.676 acres out of Villarreales Segundo Banco 136, according to the plat thereof recorded in Volume 1, Page 6, Map Records of Bancos, Starr County Texas, 3.962 acres out of tract 184, 101. 483 acres out of tract 175, Porcion 95, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, and 801.077 acres out of Porcion 96, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, which said 933.542 acres were conveyed to Annette K. Berry, Sharon E. Katz and Carol K. Fisherman by virtue of a Warranty Deed thereof recorded in Volume 565, Page 227, Starr County Deed Records, said 933.542 acres also being more particularly described as follows:

Beginning at a No. 4 rebar set on the Southwest corner of Tract 175, Southeast corner of Tract 180 and on the North line of Tract 183, Porcion 95, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, for the Southwest corner of this herein described tract;

1. THENCE, N 28° 30' 14" E along a West line of said Tract 175 and an East line of said Tract 180, a distance of 701.50 feet to a No. 4 rebar set for an angle point of this tract;

2. THENCE, N 29° 28' 14" E along a West line of said Tract 175, an East line of said Tract 180 and an East line of Tract 174, at a distance of 263.85 feet pass the Northeast corner of said Tract 180 and the Southeast corner of said Tract 174, continuing a total distance of 804.30 feet to a No. 4 rebar set for an angle point of this tract;

3. THENCE, N 34° 31' 14" E along a West line of said Tract 175, an East line of said Tract 174 and an East line of Tract 171, at a distance of 249.87 feet pass the Northeast corner of said Tract 174 and the Southeast corner of said Tract 171, continuing a total distance of 595.00 feet to a No. 4 rebar set for an angle point of this tract;

4. THENCE, N 29° 42' 14" E along a West line of said Tract 175 and an East line of said Tract 171, a distance of 1,133.08 feet to a No. 4 rebar set on the Northwest corner of said Tract 175, the Northeast corner of said Tract 171 and a South line of said Los Villarreales Banco 136, for an outside corner of this tract;

5. THENCE, S 89° 15' 00" E along the North line of said Tract 175 and a South line of said Los Villarreales Banco 136, at a distance of 789.40 feet pass the Northeast corner of said Tract 175 and the East line of said Porcion 95 and the West line of Porcion 96, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, continuing a total distance of 1,244.51 feet to a No. 4 rebar set on a South line of said Los Villarreales Banco 136, for an outside corner of this tract;

6. THENCE, S 75° 53' 00" E along a South line of said Los Villarreales Banco 136, a distance of 544.42 feet to a No. 4 rebar set on a South line of said Los Villarreales Banco 136, for an inside corner of this tract;

7. THENCE, N 30° 13' 46" E a distance of 491.97 feet to a No. 4 rebar set for an angle point of this tract;

8. THENCE, N 26° 35' 59" E a distance of 177.50 feet to a No. 4 rebar set for an outside corner of this tract;

9. THENCE, N 42° 25' 59" E a distance of 296.97 feet to a No. 4 rebar set on a North line of said Los Villarreales Banco 136, for an inside corner of this tract;

10. THENCE, N 43° 51' 00" W along a North line of said Los Villarreales Banco 136, a distance of 1,294.47 feet to a No. 4 rebar set on a North line of said Los Villarreales Banco 136, for an outside corner of this tract;

11. THENCE, N 17° 16' 00" W along a North line of said Los Villarreales Banco 136, a distance of 708.75 feet to a No. 4 rebar set (Northing: 16619170.622, Easting: 939016.259) on a North line of said Los Villarreales Banco 136, the West line of said Porcion 96, the East line of said Porcion 95, and the Southeast corner of Tract 170, for an outside corner of this tract;

12. THENCE, N 09° 20' 59" E along the West line of said Porcion 96 and the East lines of Tracts 170, 155, 139, 141, 136 and 137, Porcion 95, at a distance of 1,945.83 feet pass the Northeast corner of said Tract 170 and the Southeast corner of said Tract 155, at a distance of 2,637.07 feet pass the Northeast corner of said Tract 155 and the Southeast corner of said Tract 139, at a distance of 2,837.79 feet pass an outside corner of said Tract 139 and the Southeast corner of said Tract 141, at a distance of 5,337.42 feet pass the Northeast corner of said Tract 141 and the Southeast corner of said Tract 136, at a distance of 7,190.56 feet pass a No. 4 rebar found on an outside corner of said Tract 136, and the Southeast corner of said Tract 137, at a distance of 8,138.06 feet pass an Iron Pipe found at the Northeast corner of said Tract 137 and on an outside corner of said Tract 136, continuing a total distance of 9,586.43 feet to a No. 4 rebar set (Northing: 16628629.697, Easting: 940573.669) on the Northeast corner of said Tract 136, on the West line of said Porcion 96 and the East line of said Porcion 95, and on the apparent South right-of-way line of Old Military Road, for the Northwest corner of this tract;

13. THENCE, S 72° 07' 01" E along the apparent South right-of-way line of Old Military Road, a distance of 2,788.85 feet to a No. 4 rebar set on the apparent South right-of-way line of Old Military Road, for the Northeast corner of this tract;

14. THENCE, S 09° 22' 59" W along the East line of said Porcion 96 and the West line of Porcion 97, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, at a distance of 7,792.23 feet pass a No. 4 rebar set on the East line of said Porcion 96 and the West line of said Porcion 97 and on a North line of La Chicharra Banco 94, at a distance of 8,615.23 feet pass a No. 4 rebar set for a South line of said La Chicharra Banco 94, continuing a total distance of 9,385.33 feet to a No. 4 rebar set on the Southwest corner of Porcion 97, for an outside corner of this tract;

15. THENCE, S 39° 46' 59" W, along the East line of said Porcion 96, a distance of 114.04 feet to a No. 4 rebar set for an angle point of this tract;

16. THENCE, S 32° 36' 59" W, along the East line of said Porcion 96, a distance of 400.00 feet to a No. 4 rebar set for an angle point of this tract;

17. THENCE, S 19° 59' 59" W, along the East line of said Porcion 96, a distance of 479.34 feet to a No. 4 rebar set for an outside corner of this tract;

18. THENCE, along the high bank of the Rio Grande River as follows:

S 49° 16' 27" W a distance of 376.45 feet to a No. 4 rebar set for an angle point of this tract;

S 41° 09' 47" W a distance of 128.61 feet to a No. 4 rebar set for an angle point of this tract;

S 34° 07' 24" W a distance of 90.87 feet to a No. 4 rebar set for an angle point of this tract;

S 29° 26' 42" W a distance of 319.60 feet to a No. 4 rebar set for an angle point of this tract;

S 32° 21' 27" W a distance of 199.04 feet to a No. 4 rebar set for an angle point of this tract;

S 13° 25' 14" W a distance of 338.67 feet to a No. 4 rebar set for an angle point of this tract;

S 16° 23' 20" W a distance of 160.45 feet to a No. 4 rebar set for an angle point of this tract;

S 03° 46' 57" W a distance of 491.18 feet to a No. 4 rebar set for an angle point of this tract;

S 01° 15' 08" W a distance of 1,602.50 feet to a No. 4 rebar set for the Southeast corner of this tract;

S 21° 28' 59" W a distance of 169.81 feet to a No. 4 rebar set for an angle point of this tract;

S 29° 17' 39" W a distance of 157.02 feet to a No. 4 rebar set for an angle point of this tract;

S 48° 17' 37" W a distance of 324.29 feet to a No. 4 rebar set for an angle point of this tract;

S 59° 13' 36" W a distance of 145.92 feet to a No. 4 rebar set for an angle point of this tract;

S 64° 34' 38" W a distance of 237.71 feet to a No. 4 rebar set for an angle point of this tract;

S 76° 39' 02" W a distance of 158.49 feet to a No. 4 rebar set for an angle point of this tract;

N 89° 27' 35" W a distance of 185.03 feet to a No. 4 rebar set for an angle point of this tract;

S 80° 10' 13" W a distance of 179.16 feet to a No. 4 rebar set for an angle point of this tract;

N 83° 20' 38" W a distance of 200.22 feet to a No. 4 rebar set for an angle point of this tract;

N 88° 03' 40" W a distance of 253.36 feet to a No. 4 rebar set for an angle point of this tract;

N 80° 50' 57" W a distance of 150.24 feet to a No. 4 rebar set for an angle point of this tract;

N 87° 45' 31" W a distance of 370.42 feet to a No. 4 rebar set for an angle point of this tract;

S 88° 41' 26" W at a distance of 73.14 feet pass the West line of said Porcion 96 and the East line of said Porcion 95, continuing a total distance of 144.26 feet to a No. 4 rebar set for an angle point of this tract;

S 81 ° 22' 23" W a distance of 163.27 feet to a No. 4 rebar set for an angle point of this tract;

S 76° 53' 13" W a distance of 177.08 feet to a No. 4 rebar set for an angle point of this tract;

S 83° 47' 02" W a distance of 166.68 feet to a No. 4 rebar set for an angle point of this tract;

S 71° 30' 03" W a distance of 128.55 feet to a No. 4 rebar set on the West line of said Tract 184 and an East line of said Tract 183, for an outside corner of this tract;

19. THENCE, N 09° 16' 14" E along the West line of said Tract 184 and the East line of said Tract 183, a distance of 367.60 feet to a No. 4 rebar set on the Northwest corner of said Tract 184 and the Northeast corner of said Tract 183, and on a South line of said Tract 175, for an inside corner of this tract;

20. THENCE, N 84° 13' 46" W along the South line of said Tract 175 and a North line of said Tract 183, a distance of 391.10 feet to a No. 4 rebar set on an angle point of said Tracts 175 and 183, for an angle point of this tract;

21. THENCE, N 59° 15' 46" W along a North line of said Tract 183 and South line of said Tract 175, a distance of 139.00 feet to a No. 4 rebar set on an inside corner of said Tract 183 and on an outside corner of said Tract 175, for an outside corner of this tract;

22. THENCE, N 22° 45' 14" E along a line of said Tracts 175 and 183, a distance of 51.00 feet to a No. 4 rebar set on an inside corner of said Tract 175 and an outside corner of said Tract 183, for an inside corner of this tract;

23. THENCE, N 75° 04' 46" W along a North line of said Tract 183 and a South line of said Tract 175, a distance of 799.00 feet to the POINT OF BEGINNING and containing 933.542 acres of land, more or less.

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT



LAND TO BE CONDEMNED

Tract:  RGV-RGC-9042
Owner:  City of Laredo, et al.
Acreage:  801.077

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-9042
Owner: City of Laredo, et al.
Acres: 801.077

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **City of Laredo**<br>**1110 Houston Street**<br>**Post Office Box 579**<br>**Laredo, Texas 78042**<br><br>**Kenneth Wilkins d/b/a**<br>**Chapotal Farms (as Tenant in**<br>**possession of Tract RGC-RGC-9042)**<br>**Post Office Box 3609**<br>**McAllen, Texas 78502** | RGV-RGC-9042<br>March 22, 2016 – General Warranty – Document # 2016-328916; Deed Records of Starr County<br><br><br><br>RGV-RGC-9042<br>March 22, 2016 – Assignment and Assumption of Lease – Document # 2016-328955; recorded at Volume 1474, Page 87 of the Deed Records of Starr County; June 10, 2008 - Assumed Name – Document #2008-275315; recorded at Volume 1196, Page 253 of the Deed Records of Starr County; |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | 801.077 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND CITY OF LAREDO, ET AL., |
| **(b)** County of Residence of First Listed Plaintiff <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant    Starr <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* <br> Megan Eyes, United States Attorney's Office, SDTX, 1701 West Bus. <br> Hwy. 83, Suite 600, McAllen, TX 78501 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1   U.S. Government <br> Plaintiff | ☐ 3   Federal Question <br> *(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government <br> Defendant | ☐ 4   Diversity <br> *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**       **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane          ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product       Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability              ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &        Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander              Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'      Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability             ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine             Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product         Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability           **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle        ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle        ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability      ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal         Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury              ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -       Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**       **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights      **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting           ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment        ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/            Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations     ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment         **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other             ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education        ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1   Original <br> Proceeding | ☐ 2   Removed from <br> State Court | ☐ 3   Remanded from <br> Appellate Court | ☐ 4   Reinstated or <br> Reopened | ☐ 5   Transferred from <br> Another District <br> *(specify)* | ☐ 6   Multidistrict <br> Litigation - <br> Transfer | ☐ 8   Multidistrict <br> Litigation - <br> Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for temporary easement (right of entry) to survey and conduct testing

| VII. REQUESTED IN <br> COMPLAINT: | ☐   CHECK IF THIS IS A **CLASS ACTION** <br> UNDER RULE 23, F.R.Cv.P. | **DEMAND** $ | CHECK YES only if demanded in complaint: <br> **JURY DEMAND:**    ☐ Yes    ☒ No |
|---|---|---|---|

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

| JUDGE | | DOCKET NUMBER |
|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 11/26/18 | |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|