IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CASE NO. 7:18-CV-375 |
| | § | |
| 801.077 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY STATE OF TEXAS; AND CITY OF LAREDO, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

### DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES DEFENDANT, City of Laredo, by and through Alyssa J. Castillon, Assistant City Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. City of Laredo
   c/o Kristina K. Laurel Hale, City Attorney
   1110 Houston Street
   Laredo, Texas 78042
   *Landowner of subject property*

2. Kenneth Wilkins d/b/a Chapotal Farms
   Post Office Box 3609
   McAllen, Texas 78502
   c/o Tom Wilkins of Wilkins & Wilkins, Attorneys at Law
   Post Office Box 3609
   McAllen, Texas 78502
   Telephone (956) 682-4551
   Facsimile (956) 682-4554
   *Tenant in Possession of subject property*

3. United States of America
   *Plaintiff*

            Respectfully Submitted,

            **KRISTINA K. LAUREL HALE**
            *City Attorney for the City of Laredo*

By: */s/ Alyssa J. Castillon*
**ALYSSA J. CASTILLON**
Federal I.D. No.: 3114327
Texas State Bar No.: 24064568
1110 Houston Street
Laredo, Texas 78040
Telephone: (956) 791-7319
Facsimile: (956) 791-7494
Email: acastillon@ci.laredo.tx.us
*Assistant City Attorney for the City of Laredo*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record in this case and a copy of the foregoing document is being sent via hand delivery, email, first class mail, certified mail, return-receipt requested, and/or facsimile.

**Megan Eyes**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, Texas 78526
Tel: (956) 618-8010
Fax: (956) 618-8016
Email: Megan.Eyes@usdoj.gov

**Jessica A. Nathan**
Assistant United States Attorney
Southern District of Texas No. 3313572
Texas Bar No. 24090291
1701 W. Bus. Hwy. 83, Suite 600
McAllen, Texas 78526
Tel: (956) 618-8010
Fax: (956) 618-8016
Email: Jessica.Nathan@usdoj.gov

**John A. Smith, III**
Assistant United States Attorney
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel: (361) 888-3111
Fax: (361) 888-3234
Email: jsmith@usdoj.gov

*/s/ Alyssa J. Castillon*
ALYSSA J. CASTILLON